UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED LAUNCH ALLIANCE, LLC, and UNITED LAUNCH SERVICES, LLC,       Plaintiffs,       vs. UNITED STATES DEPARTMENT OF THE AIR FORCE, SPACE AND MISSILE SYSTEMS CENTER,       Defendant. | C.A. No. 1:09-cv-01450-RMU |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own costs and attorneys' fees.

DATED: May 19, 2010

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS
D.C. Bar # 434122
Chief, Civil Division

| | |
|---|---|
| *   /s/ Timothy R. Odil* | *   /s/ Jeremy S. Simon* |
| STEVEN M. MASIELLO, D.C. Bar No. CO0052 | JEREMY S. SIMON |
| TIMOTHY R. ODIL, D.C. Bar No. CO0051 | D.C. Bar # 447956 |
| MCKENNA LONG & ALDRIDGE LLP | Assistant United States Attorney |
| 1400 Wewatta Street, Suite 700 | 555 4th Street, N.W. |
| Denver, Colorado 80202 | Washington, D.C. 20530 |
| (303) 634-4000 | (202) 307-0406 |
| | Jeremy.Simon@usdoj.gov |
| JOANNE L. ZIMOLZAK, D.C. Bar No. 452035 | |
| MCKENNA LONG & ALDRIDGE LLP | |
| 1900 K Street, NW | |
| Washington, DC 20006 | |
| (202) 496-7500 | |
| | |
| *Attorneys for Plaintiffs, United Launch Alliance, LLC, and United Launch Services, LLC* | *Attorneys for Defendant, United States Department of the Air Force, Space and Missile Systems Center* |